RICHARD A. YANAGI
Chapter 7 Bankruptcy Panel Trustee
1136 Union Mall # 303
Honolulu, HI 96813

Tel: 808-599-0339
Fax: 808-537-2954
Email: yanagichap7@gmail.com



UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re:  ) Case No. 11-01392
) (Chapter 7)
WILSON, LIANE N.,  )
)
)
)
)
)
)
Debtor(s).  ) Judge: Honorable Robert J. Faris
)

## INTERIM REPORT OF TRUSTEE

I, Richard A. Yanagi, Trustee, of the above-referenced Estate hereby submit the Trustee's Interim Report for the period ending March 31, 2014.

Executed this 29th day of April 2014 at Honolulu, HI.

/s/ Richard A. Yanagi
RICHARD A. YANAGI, Trustee

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 11-01392  
Case Name: LIANE N. WILSON  
Judge: RJF  Judge: Robert J. Faris  
For Period Ending: 3/31/2014

Trustee Name: RICHARD A. YANAGI  
Date Filed (f) or Converted (c): 5/17/2011 (f)  
341(a) Meeting Date: 6/14/2011  
Claims Bar Date: / /

| # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3703 Kaweonui Road Princeville, HI 96722 Joint with Robert | 519,600.00 | 0.00 | | 0.00 | FA |
| 2 | First Hawaiian Bank Checking Account | 94.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing and shoes | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 Mercedes SL600 | 8,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Cadillac Escalade | 14,875.00 | 0.00 | | 0.00 | FA |
| 8 | Class Action Lawsuit against Wyndham (u) | Unknown | Unknown | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values): $545,669.00   $0.00   $0.00   

Gross Value of Remaining Assets: $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

OUST Review; NDR withdrawn to assist in possible resolution of class action lawsuit; no proceeds expected to Estate; settlement pending (10/29/13); pending motion to approve settlement - final draft to counsel sent 4/28/14

Initial Projected Date of Final Report (TFR): 12/31/2013   Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Case 11-01392, has no bank accounts to report.