Date Signed:
August 20, 2014



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No. 11-01392 |
| | ) | (Chapter 7) |
| LIANE N. WILSON, | ) | Related Docket No. 83 |
| | ) | Date:  August 20, 2014 |
| Debtor. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Robert J. Faris |

ORDER DISMISSING CASE
WITH THIRTY (30) MONTH PROHIBITION TO REFILING

The hearing on the United States Trustee's Motion to Approve Stipulation to Dismiss Case was held on August 20, 2014 at 9:30 a.m. before the Honorable Robert J. Faris, United States Bankruptcy Judge. Terri H. Didion appeared on behalf of the United States Trustee. There were no other appearances noted on the record and no opposition was filed.

/ / / /

U.S. Bankruptcy Court - Hawaii   #11-01392   Dkt # 96   Filed  08/20/14   Page 1 of 2

For reasons stated in open court pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure, and good cause appearing,

**It is hereby Ordered as follows**:

1. Debtor Liane N. Wilson's chapter 7 bankruptcy case is dismissed with a thirty (30) month prohibition to refiling another bankruptcy case under Title 11.

2. The prohibition to refiling will start as of the date of the entry of this Order.

**End of Order**

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE
TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING  3931
Assistant United States Trustee
TERRI H. DIDION  (CSB 133491)
Trial Attorney for U.S. Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813
Telephone:  (808) 522-8154
ustpregion15.hi.ecf@usdoj.gov