# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 11−01392

Chapter 7

In re:

    Liane N. Wilson
    3703 Kaweoni Rd.
    Princeville, HI 96722

Social Security No.:
    xxx−xx−7266

Employer's Tax I.D. No.:

# NOTICE OF DISMISSAL OF CASE

**Please take notice** that on August 20, 2014 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

| | |
|---|---|
| Dated: August 20, 2014 | FOR THE COURT |
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |
| Telephone number:  (808) 522−8100 | |